Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701-3031
Telephone (520) 623-8330
Facsimile (520) 623-9157
law@ericslocumsparkspc.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

KRIS S. BASEL,

      Debtor.

No. 4:12-bk-20212-BMW

Chapter 11

STIPULATION REGARDING TREATMENT FOR CLASS 8
RE: 3115 N Terrell Place
Tucson, AZ 85716

Debtor, Kris S. Basel, by and through her attorney undersigned; and Secured Creditor, JP Morgan Chase Bank, N.A. ("Secured Creditor"), enter into this Stipulation for treatment of Secured Creditor's claim in Class 8 of Debtor's Second Amended Plan of Reorganization dated May 17, 2013. The parties hereby stipulate and agree that the property generally described as 3115 N. Terrell Place, Tucson, Arizona, 85716 ("Subject Property"), shall be treated as follows::

Commencing on the first day of the first month after the Order Confirming Plan has been granted, the Debtor will make payments on the reduced value amount of $135,000.00. The interest is to be fixed at 5.25% and the payments will be compromised of principal, interest and escrow. The loan will be re-amortize over thirty (30) years. Secured creditor to provide total monthly payment amount to Debtor.

There is currently post petition escrow advances on the loan in the amount of $1,882.55. Debtors have agreed to cure the $1,882.55 over (12) twelve months in equal monthly payments beginning on the first day of the first month after the Order Confirming Plan has been granted.

All other terms and conditions of the original Note and Mortgage, including the default

1

1 | provision, shall remain in full force and effect.

2 |     This Stipulation shall be subject to Bankruptcy Court approval.

3 |     If the Debtor fails to tender the payments as required under the Stipulation, Secured Creditor shall provide written notice to debtor at 2893 E. Sierra Vista, Tucson, AZ 85716 or such other address subsequently provided by the Debtor to Bank's counsel at the undersigned address, and if the default occurs while the above-captioned bankruptcy proceeding remains active, to the Debtor's counsel at 110 S. Church Avenue, Suite 2270, Tucson, AZ 85701, indicating the nature of the default. If the Debtor fails to cure the default with certified funds after the passage of the 15 calendar days from the date said written notice is received by the Debtor and her counsel, if applicable, then Secured Creditor shall have immediate relief from the Automatic Stay of §362 of the Bankruptcy Code.

    The agreements contained in this stipulation shall be binding for purposes of the treatment of the Subject Property in Debtor's confirmed Chapter 11 Plan unless otherwise stipulated in writting.

    In the event this case is converted to any other Chapter of the United States Bankruptcy Code or dismissed, this stipulation shall be deemed void and unenforceable.

    The difference between the Allowed Secured Claim and the amount of the indebtedness in Secured Creditor's proof of claim shall be treated as a general non-priority unsecured claim.

    This Stipulation shall be incorporated into Debtor's confirmed Chapter 11 Plan, and may not be altered in any way by subsequently amended and/or filed Amended Chapter 11 Plan or Amended Disclosure Statement, if any.

    This Stipulation shall constitute a ballot voting in favor of the Debtors' Chapter 11 Plan for JP Morgan Chase Bank N.A. Secured and Unsecured Claims.

SO STIPULATED:

Dated: _____

/s/ Sparks #11726
Eric Slocum Sparks, Esq.
Attorney for Debtor

Dated: 8/7/13

Leonard J. McDonald
Attorney for JP Morgan Chase Bank N.A.

2