# TIFFANY & BOSCO
P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 EAST CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016-9240**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0176**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Movant
12-13903

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Kris Basel,<br>      Debtor.<br>―――――――――――――――<br>Seterus, Inc. as Servicer for Federal National Mortgage Association<br><br>      Movant,<br>  vs.<br><br>Kris Basel, Debtor; Office of the U.S. Trustee, Trustee.<br><br>      Respondents. | No. 4:12-bk-20212-BMW<br><br>Chapter 11<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>1913 West Southbrooke Circle<br>Tucson, AZ 85705 |

Seterus, Inc. as Servicer for Federal National Mortgage Association secured creditor, (hereinafter referred to as "Movant"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

1. An Order Approving Stipulation Regarding Treatment for Class 5 with respect to the property located at 1913 W. Southbrook Circle, Tucson, AZ 85705, was entered on September 8, 2013. A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtor has not made the payments as required by the aforementioned Order. The Debtor is presently past due as follows:

| | |
|---|---:|
| 6 Monthly Payments at $652.50 | $3,915.00 |
| (April 1, 2014 - September 1, 2014) | |
| 6 Escrow Cure Payments at $166.07 | $996.42 |
| (April 1, 2014 - September 1, 2014) | |
| Attorneys Fees | $50.00 |
| Suspense Amount | ($3.39) |
| Total | $4,958.03 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

3. Notice is hereby given to the Bankruptcy Court, Debtor, counsel for Debtor, and Trustee, that unless Debtor's default under the terms of the Stipulation and Order is cured not later than fifteen (15) days from date of this Notice, that Movant will proceed, pursuant to the Court's Order lifting the stay, to conduct a Trustee's Sale or mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 4th day of September, 2014.

                                                TIFFANY & BOSCO, P.A.

                                                By /s/ LJM #014228
                                                      Mark S. Bosco
                                                      Leonard J. McDonald
                                                      David W. Cowles
                                                      2525 East Camelback Road, Suite 300
                                                      Phoenix, Arizona 850165
                                                      Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.

THIS ORDER IS APPROVED.

Dated: September 8, 2013

*Brenda Moody Whinery*

Brenda Moody Whinery, Bankruptcy Judge

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701
Telephone (520) 623-8330
Facsimile (520) 623-9157
law@ericslocumsparkspc.com

*Attorney for Debtor*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

KRIS S. BASEL,

    Debtor.

No. 4:12-bk-20212-BMW

(Chapter 11)

ORDER APPROVING
STIPULATION REGARDING
TREATMENT FOR CLASS 5
RE: 1913 W Southbrooke Circle
Tucson, AZ 85705

IT IS HEREBY ORDERED that the Stipulation regarding the treatment for Class 5 of the real property commonly known as 1913 W. Southbrooke Circle, Tucson, Arizona 85705 as provided in the *Stipulation Regarding Treatment for Class 5 Re: 1913 W. Southbrooke Circle, Tucson, AZ 85705* a copy of which is attached at **EXHIBIT A,** is hereby entered as an Order of the Court.

DATED SIGNED AND ORDERED ABOVE

EXHIBIT A

Eric Slocum Sparks
Arizona State Bar No. 11726
LAW OFFICES OF ERIC SLOCUM SPARKS, P.C.
110 South Church Avenue #2270
Tucson, Arizona 85701-3031
Telephone (520) 623-8330
Facsimile (520) 623-9157
law@ericslocumsparkspc.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

KRIS S. BASEL,

      Debtor.

No. 4:12-bk-20212-BMW

Chapter 11

STIPULATION REGARDING TREATMENT FOR CLASS 5
RE: 1913 W Southbrooke Circle
Tucson, AZ 85705

    Debtor, Kris S. Basel, by and through her attorney undersigned; and Secured Creditor, Seterus Inc., ("Secured Creditor"), enter into this Stipulation for treatment of Secured Creditor's claim in Class 5 of Debtor's Second Amended Plan of Reorganization dated May 17, 2013. The parties hereby stipulate and agree that the property generally described as 1913 W. Southbrooke Circle, Tucson ,AZ 85705 ("Subject Property"), shall be treated as follows:

    Commencing on the first day of the first month after the Order Confirming Plan has been granted, the Debtor will make payments on the reduced value amount of $70,000.00. The interest is to be fixed at 5.25% and the payments will be compromised of principal, interest and escrow. The loan will be re-amortize over thirty (30) years. Secured creditor to provide total monthly payment amount to Debtor.

    There is currently post petition escrow advances on the loan in the amount of $1,992.89. Debtors have agreed to cure the $1,992.89 over (12) twelve months in equal monthly payments beginning on the first day of the first month after the Order Confirming Plan has been granted.

    All other terms and conditions of the original Note and Mortgage, including the default

1

provision, shall remain in full force and effect.

This Stipulation shall be subject to Bankruptcy Court approval.

If the Debtor fails to tender the payments as required under the Stipulation, Secured Creditor shall provide written notice to debtor at 2893 E. Sierra Vista, Tucson, AZ 85716 or such other address subsequently provided by the Debtor to Bank's counsel at the undersigned address, and if the default occurs while the above-captioned bankruptcy proceeding remains active, to the Debtor's counsel at 110 S. Church Avenue, Suite 2270, Tucson, AZ 85701, indicating the nature of the default. If the Debtor fails to cure the default with certified funds after the passage of the 15 calendar days from the date said written notice is received by the Debtor and her counsel, if applicable, then Secured Creditor shall have immediate relief from the Automatic Stay of §362 of the Bankruptcy Code.

The agreements contained in this stipulation shall be binding for purposes of the treatment of the Subject Property in Debtor's confirmed Chapter 11 Plan unless otherwise stipulated in writing.

In the event this case is converted to any other Chapter of the United States Bankruptcy Code or dismissed, this stipulation shall be deemed void and unenforceable.

The difference between the Allowed Secured Claim and the amount of the indebtedness in Secured Creditor's proof of claim shall be treated as a general non-priority unsecured claim.

This Stipulation shall be incorporated into Debtor's confirmed Chapter 11 Plan, and may not be altered in any way by subsequently amended and/or filed Amended Chapter 11 Plan or Amended Disclosure Statement, if any.

This Stipulation shall constitute a ballot voting in favor of the Debtors' Chapter 11 Plan for Seterus Inc., Secured and Unsecured Claims.

SO STIPULATED:

Dated: _____   /s/ Sparks #11726
_____   Eric Slocum Sparks, Esq.
   Attorney for Debtor

Dated: 8/7/13

Leonard J. McDonald
Attorney for Seterus Inc.

2